## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-50262 |
| | ) | Chapter 7 |
| JAMES VALENTA AND MICHELE | ) | |
| VALENTA, | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | Hearing Date: September 18, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

## COVER SHEET FOR FIRST AND FINAL APPLICATION FOR
## COMPENSATION AND EXPENSE REIMBURSEMENT OF SEYFARTH SHAW LLP
## AS COUNSEL TO CHAPTER 7 TRUSTEE, GUS A. PALOIAN

Name of Applicant:                          Seyfarth Shaw LLP

Authorized to Provide
Professional Services to:                   Chapter 7 Trustee, Gus A. Paloian

Date of Retention:                          March 21, 2012, effective as of February 1, 2012

Period for which Compensation               February 1, 2012 through the close of the case
and Reimbursement is Sought:

Amount of Final Compensation
Sought:                                     $13,699.50

Amount of Final Expense
Reimbursement Sought:                       $    49.10

This is a:     X   Final     ____   Interim Application.

Prior Applications:  None

Dated: August 13, 2013                      Respectfully submitted,

                                            GUS A. PALOIAN, not individually or
                                            personally, but solely in his capacity as the
                                            Chapter 7 Trustee of the Debtors' Estate,

                                            By:/s/ Gus A. Paloian_____
                                                Gus A. Paloian (06188186)
                                                James B. Sowka (6291998)
                                                SEYFARTH SHAW LLP
                                                131 South Dearborn Street, Suite 2400
                                                Chicago, Illinois 60603
                                                Telephone:  (312) 460-5000
                                                Facsimile:  (312) 460-7000

14842864v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 11-50262 |
| | ) | Chapter 7 |
| JAMES VALENTA and MICHELE | ) | |
| VALENTA | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | Hearing Date: September 18, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE
REIMBURSEMENT OF SEYFARTH SHAW LLP AS COUNSEL
TO CHAPTER 7 TRUSTEE GUS A. PALOIAN
FROM FEBRUARY 1, 2012 THROUGH THE CLOSE OF THE CASE**

Pursuant to Sections 105(a) and 330 of the United States Bankruptcy Code, Seyfarth

Shaw LLP ("Seyfarth"), as counsel to Gus A. Paloian, not individually or personally, but solely

in his capacity as the duly-appointed Chapter 7 trustee (the "Trustee") of the bankruptcy estate

(the "Estate") of the above-captioned debtors (the "Debtors"), hereby submits its First and Final

Application for Compensation and Expense Reimbursement (the "Application") for legal

services performed, and expenses incurred, during the period of February 1, 2012, through the

close of the case (the "Application Period"). In support of this Application, Seyfarth respectfully

represents, as follows:

## I. INTRODUCTION

1.      Seyfarth makes this Application pursuant to: (A) Sections 330, 503(a) and (b),

and 507(a)(2) of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330, as amended

(the "Bankruptcy Code"); (B) Rule 2016 of the Federal Rules (the "Rules") of Bankruptcy

Procedure; (C) certain applicable provisions of the Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330, as adopted by the

Office of the United States Trustee; (D) Rule 5082-1 of the Local Bankruptcy Rules (the "Local

Rules") for the United States Bankruptcy Court for the Northern District of Illinois (the "Court");

(E) that certain Order of the Court, dated March 21, 2012, authorizing Seyfarth's retention as

counsel to the Trustee effective as of February 1, 2012 (the "Seyfarth Retention Order"); and (F)

other applicable case law discussed herein (collectively, the "Authorities for Relief"). In this

regard, Seyfarth has made every reasonable effort to comply with the Authorities for Relief.

2.       In making this Application, Seyfarth respectfully seeks an Order of this Court

awarding and authorizing payment from the Estate of final allowance of compensation in the

amount of $13,699.50 (the "Fees") for professional services rendered by Seyfarth on behalf of

the Trustee during the Application Period and for reimbursement of expenses in the amount of

$49.10 (the "Expenses") for actual and necessary expenses incurred by Seyfarth in the

performance of those services.

## II. JURISDICTION

3.       This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and Internal Operating

Procedure 15(a) of the United States District Court for the Northern District of Illinois. Venue of

this Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and

(b)(2)(A), (M), and/or (O). The predicates for the relief requested herein are 11 U.S.C. §§

105(a), 330, and 331.

## III. BACKGROUND

### A.       Case Background

4.       On December 15, 2011, the Debtors filed their voluntary petition for relief under

Chapter 7 of the Bankruptcy Code thereby initiating this case (the "Case").

2

5.    Shortly thereafter, Gus A. Paloian was appointed as Chapter 7 Trustee for the Estate.

6.    Seyfarth was employed as attorneys for the Trustee pursuant to the Seyfarth Retention Order.  A copy of the Seyfarth Retention Order is attached hereto as **Exhibit 1.**

7.    The Trustee directed Seyfarth to prepare motions requesting Court authority to settle a personal injury case.  On behalf of the Trustee, Seyfarth obtained court authority to settlement the personal injury litigation pursuant to Court order dated May 16, 2012.  As a result of the authorized settlement, the Trustee recovered gross proceeds of $150,000.00 for the benefit of the Estate.

**B.    Summary of Services Rendered by Seyfarth to the Trustee**

8.    This is Seyfarth's First and Final Application for compensation and expense reimbursement in the Case.

9.    Seyfarth has neither previously received nor been awarded any compensation of fees, or reimbursement of expenses incurred, related to the Case during the Application Period.

10.    In accordance with Section 504 of the Bankruptcy Code, Rule 2016, and the U.S. Trustee Guidelines, no payments have heretofore been made, promised to, or applied by Seyfarth for services rendered or to be rendered or expenses incurred in any capacity whatsoever in connection with the Case.  Moreover, no agreement or understanding exists between Seyfarth and any other entity for a division of compensation or expense reimbursement to be received herein or in connection with the Case, other than as permitted under the Bankruptcy Code and Rules.

11.    The Fees requested by Seyfarth for legal services rendered to the Trustee during the Application Period aggregate $13,699.50.

3

12.    All of the Fees for which Seyfarth requests final allowance and payment of compensation relate to the Application Period and were rendered in connection with the Case and in the discharge of Seyfarth's professional responsibilities as counsel to the Trustee.  During the Application Period, Seyfarth has rendered 44.60 hours of professional services.

13.    A breakdown of the Fees by each Seyfarth professional; each such professional's title, hourly rate, and total hours expended in providing legal services; and the value attributable to such legal services is, as follows:

| PROFESSIONAL | TITLE | HOURLY RATES | TOTAL HOURS | VALUE |
|---|---|---|---|---|
| Gus A. Paloian | Partner | $600.00 (2012) | 4.60 | $2,760.00 |
| M. Ryan Pinkston | Associate | $ 350.00 (2012) | 1.80 | $630.00 |
| Christopher J. Harney | Associate | $315.00 (2012) | 10.40 | $3,276.00 |
| Jennifer M. McManus | Paralegal | $255.00 (2012) $270.00 (2013) | 27.30 | $6,988.50 |
| A. Shepro | Case Assistant | $90.00 | .50 | $45.00 |
| TOTAL: | | | 44.60 | $13,699.50 |

The above-table indicates the respective discounted hourly rates of Seyfarth professionals during the Application Period as adjusted from time to time by Seyfarth pursuant to its normal and customary billing practices.

14.    Biographies for the attorneys listed above describing their qualifications and areas of expertise, are grouped and attached hereto as **Exhibit 2,** which is incorporated herein by reference.

4

15.    Seyfarth made every reasonable effort to have the services that it rendered to the Trustee performed by those qualified professionals charging the lowest hourly rates consistent with the level of service, experience, and efficiency required of a given task.

16.    The services rendered by Seyfarth on behalf of the Trustee primarily have been in connection with the settlement of the personal injury litigation which realized gross proceeds of nearly $150,000.00 for the benefit of the Estate and general case administration matters and include, but are not limited to:  representing and advising the Trustee with respect to the settlement of the personal injury claim; preparing and presenting the Trustee's Motion to Employ Seyfarth Shaw, LLP;  preparing and presenting the Trustee's Motion to Employ Special Counsel, Polansky & Cichon, Chtd; preparing and presenting the Trustee's Motion to for  Approval of Settlement Agreement;  preparing this Application; and otherwise advising the Trustee as to his duties and obligations under the Code.  In connection with the foregoing, Seyfarth has expended 44.60 hours of services for which it requests compensation in the amount of $13,699.50.

17.    All of the Fees for which Seyfarth requests allowance and payment of compensation relate to the Application Period.  Detailed statements of the services performed during the Application Period are attached hereto as **Exhibit 3**.

18.    Seyfarth respectfully submits that its services to the Trustee during the Application Period have, in all respects, been reasonable, necessary, and beneficial to the Estate, as further discussed herein.

19.    "Section 330(a) [ ] expressly contemplates compensation for preparation of fee applications." Smith v. Edwards & Hale, Ltd. (In re Smith), 317 F.3d 918, 927 (9th Cir. 2002), cert. denied sub nom. Smith v. Grimmett, 538 U.S. 1032, 123 S. Ct. 204, 155 L. Ed. 2d 1060 (2003); see 11 U.S.C. § 330(a)(6).

5

**C.      Reasonableness of Compensation Requested**

20.      In accordance with 11 U.S.C. § 330(a)(1), Seyfarth seeks reasonable

compensation for actual and necessary services provided to the Trustee.  Such compensation is

fair based upon the time, nature, extent and value of such services and the hours expended and

the expertise provided.  Seyfarth's efforts have resulted in tangible and substantial benefit to the

Estate, as discussed *supra*.

21.      Seyfarth has kept its time in tenths of an hour, or six minute increments, to most

accurately reflect the specific tasks performed.

22.      Seyfarth has, to the best of its ability, kept to a minimum the amount of time spent

by its attorneys engaging in intra-office conferences and double-staffing hearings.

23.      Under the circumstances, the compensation requested by Seyfarth is fair and

reasonable, and its allowance and payment, in full, is justif ied.

**D.      Expenses Incurred by Seyfarth on behalf of Trustee**

24.      Seyfarth has incurred actual and necessary expenses in the amount of $49.10 in

the performance of the services rendered to the Trustee in the Case.  The expenses primarily

relate to photocopying of pleadings filed with the Court.  A detailed listing of the expenses

incurred is attached hereto as **Exhibit 4**.

**IV.  STATEMENT OF APPLICANT PURSUANT
TO 11 U.S.C. § 504 AND FED R. BANKR. P. 2016**

25.      Other than as provided in 11 U.S.C. § 504(b), Seyfarth has not shared or agreed to

share any compensation or expense reimbursement as a result of the Case with any person, firm

or entity.  No agreement or understanding exists between Seyfarth and any other person, firm or

entity concerning the sharing of compensation or expense reimbursement received, or to be

received, on account of the Case.

6

## V.  RELIEF REQUESTED

WHEREFORE Seyfarth respectfully requests that the Court enter an Order:

A.  Allowing Seyfarth final compensation in the total amount of $13,699.50;

B.  Allowing Seyfarth reimbursement of expenses in the amount of $49.10; and

C.  Granting such other and further relief as this Court deems proper.

Dated:  August 13, 2013                    Respectfully submitted,

GUS A. PALOIAN, not individually or
personally, but solely in his capacity as the
Chapter 7 Trustee of the Debtors' Estate,

By:/s/ Gus A. Paloian
    Gus A. Paloian (06188186)
    James B. Sowka (6291998)
    SEYFARTH SHAW LLP
    131 South Dearborn Street, Suite 2400
    Chicago, Illinois 60603
    Telephone:  (312) 460-5000
    Facsimile:  (312) 460-7000

7

14842864v.1

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-50262 |
| | ) | |
| JAMES VALENTA AND MICHELE VALENTA, | ) | Chapter: 7 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF SEYFARTH SHAW LLP AS COUNSEL TO CHAPTER 7 TRUSTEE GUS A. PALOIAN

This matter having been presented to the Court upon the Application of Gus A. Paloian, not individually, but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtors, and upon the accompanying affidavit of Christopher J. Harney, for an order authorizing the employment of Seyfarth Shaw LLP ("Seyfarth") as counsel to represent the Trustee in the above-captioned case (the "Case"); and it appearing to the Court that proper notice of this Application has been provided pursuant to applicable rules and statutes and that no further notice is necessary or required; and the Court being satisfied based on the representations made in the Application and the accompanying Harney Affidavit that, except as set forth therein, Seyfarth does not represent any interest that is adverse to the Estate and is disinterested under Section 101(14) of the Bankruptcy Code, and that its employment is necessary and is in the best interests of the Estate; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED, that in accordance with 11 U.S.C. §§ 105(a), 327(a) and (d), and 328(a), the Trustee is authorized and empowered to retain and employ Seyfarth as his counsel effective as of February 1, 2012, on the terms and conditions (the "Terms and Conditions") set forth in the Application and the Affidavit attached to the Application, and Seyfarth is authorized to perform all of the legal services for the Trustee referenced in the Application on such Terms and Conditions; and it is further

ORDERED, that Seyfarth's compensation and reimbursement in respect of its fees and expenses incurred representing the Trustee shall be subject to further order of the Court in accordance with the procedures and standards set forth in sections 330 and 331 of the Code, such Federal Rules of Bankruptcy Procedure as may be applicable from time to time, and such procedures as may be fixed by order of this Court.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: March 21, 2012

**Prepared by:**

Christopher J. Harney (6296683)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000

# EXHIBIT 2


SEYFARTH
SHAW

## People: Gus A. Paloian, *Partner*

**Practices & Sectors**

Bankruptcy, Workouts & Business Reorganization

Bankruptcy Litigation

Distressed Transactions

Non-Bankruptcy Remedies

Commercial Litigation

Real Estate

### Gus A. Paloian
*Partner*
Chicago
Direct: (312) 460-5936
Fax: (312) 460-7936
email   vCard

**Practice Accolades**     View all

Seyfarth Shaw's Real Estate practice recognized as a national leader for the fifth consecutive year in the latest edition of Legal 500 2013.

Ten Seyfarth Shaw Real Estate attorneys ranked in the latest edition of Chambers USA.

### Biography

Mr. Paloian is a partner with a practice emphasis in creditors' rights, bankruptcy, and financial litigation. Prior to joining the firm in 1985, Mr. Paloian clerked for the Honorable Frederick J. Hertz, United States Bankruptcy Judge for the Northern District of Illinois, Eastern Division.

**News**     View all

**Events**     View all

In bankruptcy matters, Mr. Paloian often represents national banks and finance companies enforcing their remedies and defending their rights. He represents financial institutions in cases involving debtors in various segments of the manufacturing and service industries and has extensive experience representing financial institutions in real estate bankruptcies, including health club/sporting facilities, office buildings, retail, manufacturing, and warehousing facilities. Mr. Paloian also represents companies in various industries that have experienced financial problems and seek to restructure their financial problems under the Bankruptcy Code. Mr. Paloian was the lead bankruptcy counsel for the Chicago South Shore and South Bend Railroad in its bankruptcy proceedings. He also has extensive experience representing trustees in complex bankruptcy cases.   Mr. Paloian also serves as a bankruptcy trustee and is a member of the Panel of Trustees for the Northern District of Illinois, Eastern Division.

### Education

J.D., DePaul University College of Law (1984)
*cum laude*

B.A., Northwestern University (1981)

Certified Lean Six Sigma Yellow Belt

## Admissions

Illinois



## People: Ryan Pinkston, *Associate*

**Practices & Sectors**

Bankruptcy, Workouts & Business Reorganization

Commercial Litigation

Bankruptcy Litigation

Debtor Representation

Distressed Transactions

Non-Bankruptcy Remedies



### Ryan Pinkston
*Associate*
Chicago
Direct: (312) 460-5578
Fax: (312) 460-7578
email   vCard



**Honors**          View all

Ryan Pinkston Receives Volunteer Award from the American Cancer Society

**Practice Accolades**          View all

Seyfarth Shaw's Litigation Practice Recognized by *Chambers USA 2013*

Seyfarth Los Angeles Commercial Litigation Practice Group recognized as 2013 "Tier 1" Practice Group by *U.S. News & World Report and Best Lawyers*.

## Biography

Mr. Pinkston is a bankruptcy associate in the Chicago office of Seyfarth Shaw LLP. Mr. Pinkston's practice focuses on bankruptcy litigation, creditor rights, corporate reorganizations, pre-bankruptcy planning and negotiations, and commercial litigation. Among other representations, Mr. Pinkston serves as counsel for secured lenders, insurance companies, national banks, trade creditors, and chapter 7 and chapter 11 bankruptcy trustees. He has represented clients in both state and federal trial and appellate courts in such diverse areas as commercial real estate foreclosure, mass torts, insurance coverage disputes, chapter 11 plan confirmation, bankruptcy asset sales, preference and fraudulent transfer prosecution and defense, breach of contract, and civil rights.

Mr. Pinkston was recognized as a member of Seyfarth Shaw's 2010 Pro Bono Team of the Year and as runner-up for 2010 Pro Bono Associate of the Year. He serves as a member of the Executive Committee for the Associate Board of Ambassadors for the American Cancer Society of Illinois.

## Education

J.D., Indiana University - Bloomington (2008)
*magna cum laude*
Articles Editor, *Federal Communications Law Journal*
Order of the Coif
Dean's List (2005-2008)

B.A., Washington University in St. Louis (2005)

**News**          View all

          View all
**Publications**

5/7/2013
**Successful Collateral Valuation Perhaps Key to Plan Objections**

11/16/2012
**Robert Dremluk and Ryan Pinkston Published in Law Journal Newsletters** *The Bankruptcy Strategist* and *Law Firm Partnership & Benefits Report* "Unfinished Business Claims, Are Pending

# SEYFARTH SHAW

## People: Christopher J. Harney, *Associate*

**Practices & Sectors**

Bankruptcy, Workouts & Business Reorganization

Debtor Representation

Commercial Litigation

Non-Bankruptcy Remedies

Distressed Transactions

Bankruptcy Litigation



### Christopher J. Harney
*Associate*
Chicago
Direct: (312) 460-5246
Fax: (312) 460-7246
email   vCard

**Practice Accolades**   View all

Seyfarth Shaw's Litigation Practice Recognized by *Chambers USA 2013*

Seyfarth Los Angeles Commercial Litigation Practice Group recognized as 2013 "Tier 1" Practice Group by *U.S. News & World Report and Best Lawyers.*

## Biography

Mr. Harney is a bankruptcy associate in the Chicago office of Seyfarth Shaw LLP.  Mr. Harney concentrates his practice in areas of bankruptcy law and litigation, creditor rights, corporate reorganizations, pre-bankruptcy planning and negotiations, commercial and real estate litigation, and general commercial litigation.  He has represented clients in both state and federal courts and his client representations include debtors, secured lenders, trade creditors, insurers, real property lessors, chapter 7 and chapter 11 bankruptcy trustees.  He also has litigation experience in construction law, breach of contract matters, mortgage foreclosures, premises-liability, and intellectual property.

Mr. Harney serves as a co-chair for the Bankruptcy Committee of the Young Lawyers Section of the Chicago Bar Association.  He is also an active board member of the Young Professionals Board of the Chicago Bar Foundation, the charitable arm of the Chicago Bar Association and one of the wrestling team representatives for the Graduate "Order of the C," an alumni association of the University of Chicago.

## Education

J.D., University of Mississippi, *cum laude* (2008)
Member, Moot Court Team and Moot Court Membership Committee
Moss Scholarship Recipient, 2006-2007
Semifinalist in State of Mississippi Appellate Advocacy Competition

Christopher J. Harney - Bankruptcy, Workouts and Business Reorganization Attorney - S...   Page 2 of 2

B.A., University of Chicago (2004)
Chicago Police/Fire Full-Tuition Merit Scholarship, 2000-2004
Dean's List, 2000-2003

## Admissions

Illinois

## Courts

U.S. District Courts for the Northern District of Illinois

**EXHIBIT 3**

## CASE ADMINISTRATION

| Date | Description | Timekeeper | Hours | Value |
|------|-------------|------------|-------|-------|
| 02/01/12 | Draft Motion to Retain Seyfarth Shaw. | J. McManus | 0.50 | 127.50 |
| 02/02/12 | Prepare Motion to Retain Seyfarth Shaw as counsel to the Trustee. | J. McManus | 0.80 | 204.00 |
| 02/03/12 | Draft motion to retain special counsel, Polanksy & Cichon, Chtd. | J. McManus | 0.60 | 153.00 |
| 02/07/12 | Revise Motion to Retain Special Counsel. | J. McManus | 0.50 | 127.50 |
| 02/29/12 | Revise Motion to Retain Special Counsel. | J. McManus | 0.80 | 204.00 |
| 03/02/12 | Draft Harney Affidavit for Seyfarth's retention motion (.60); draft Cichon Affidavit for P&C retention motion (.60); revise motion to retain P&C as special counsel (.50); confer with A. Shepro regarding finalizing retention applications (.10). | J. McManus | 1.80 | 459.00 |
| 03/07/12 | Conference with A. Shepro regarding Motion to Employ (.10); conference with G. Paloian regarding case status (.10). | C. Harney | 0.20 | 63.00 |
| 03/12/12 | Revise Motion to Retain Seyfarth Shaw (.40); preparation of Affidavit in support thereof (.50); conference with J. McManus regarding the same (.20); email correspondence with J. McManus and C. Tholen regarding the same (.10). | C. Harney | 1.20 | 378.00 |
| 03/12/12 | Prepare Harney Declaration (.30); confer with C. Harney regarding edits to Declaration chart (.10). | J. McManus | 0.40 | 102.00 |
| 03/13/12 | Revise Motion to Employ Seyfarth (.40); conferences with J. McManus regarding conflicts search and preparation of motion (.20); conferences with C. Tholen regarding the same (.20); finalize Motion to Employ Seyfarth (.30); preparation of proposed order (.20). | C. Harney | 1.30 | 409.50 |
| 03/13/12 | Confer with C. Harney regarding Motion to Retain Seyfarth (.10); revise same (.30); revise Harney Declaration (.70); cause Motion to be filed with the Court (.10). | J. McManus | 1.20 | 306.00 |
| 03/14/12 | Revise Motion to Retain Special Counsel. | C. Harney | 1.10 | 346.50 |
| 03/15/12 | Confer with G. Paloian regarding preparation of retention agreement with special counsel, Polansky & Cichon (.10); draft retention agreement (.50). | J. McManus | 0.60 | 153.00 |
| 03/16/12 | Revise retention agreement with Polansky & Cichon. | J. McManus | 0.60 | 153.00 |
| 03/21/12 | Represent trustee at hearing on motion to employ counsel. | M. Pinkston | 0.40 | 140.00 |

15650921v.1

| 03/22/12 | Continue preparation of Motion to Retain Special Counsel (.50); preparation of declaration of Cichon in support of Motion to Retain Special Counsel (.70); email correspondence with J. McManus regarding the same (.10). | C. Harney | 1.30 | 409.50 |
| 03/22/12 | Review/revise Motion to Retain Special Counsel, Polansky & Cichon (.40); revise Cichon Declaration (.30). | J. McManus | 0.70 | 178.50 |
| 03/23/12 | Review motion to retain special counsel (.30); conference with J. McManus on Retention of Special Counsel motion and changes needed (.30). | C. Harney | 0.60 | 189.00 |
| 03/23/12 | Confer with C. Harney regarding edits to special counsel retention motion and declaration. | J. McManus | 0.10 | 25.50 |
| 03/26/12 | Revise retention motion for P & C (.20); revise Cichon Declaration to include same edits to motion (.30). | J. McManus | 0.50 | 127.50 |
| 03/27/12 | Conference with J. McManus discussing edits to Motion to Retain Special Counsel. | C. Harney | 0.10 | 31.50 |
| 03/27/12 | Revise Motion to Retain Polansky & Cichon to include 327(e) language (.40); revise Cichon Declaration regarding same (.40). | J. McManus | 0.80 | 204.00 |
| 03/28/12 | Edit Motion to Employ P&C and Declaration in support thereof (.30); email correspondence to J. McManus regarding same (.10); conference with J. McManus regarding proposed order (.10); review same in preparation of filing (.10). | C. Harney | 0.60 | 189.00 |
| 03/28/12 | Confer with J. Cichon regarding revised Declaration (.10); prepare proposed retention Order (.20); cause Motion to Retain Polansky & Cichon to be filed with the Court (.20). | J. McManus | 0.50 | 127.50 |
| 04/10/12 | Attend Court Hearing on Motion to Employ Special Counsel. | C. Harney | 0.80 | 252.00 |
| | **TOTAL** | | **18.00** | **$5,060.00** |

15650921v.1

### SETTLEMENT NEGOTIATIONS

| | | | | |
|---|---|---|---|---|
| 02/02/12 | Review release and correspondence regarding settlement of personal injury claim. | G. Paloian | 0.30 | 180.00 |
| 02/02/12 | Confer with G. Paloian regarding case status, settlement offer and motion to compromise controversies. | J. McManus | 0.20 | 51.00 |
| 02/21/12 | Prepare Motion to Compromise Controversy. | J. McManus | 0.70 | 178.50 |
| 02/22/12 | Telephone conference with John Cichon regarding settlement of personal injury claim. | G. Paloian | 0.40 | 240.00 |
| 03/01/12 | Telephone conference with special counsel regarding settlement releases, motion to approve settlement and motion to retain special counsel. | G. Paloian | 0.40 | 240.00 |
| 03/12/12 | Prepare motion to compromise regarding $150,000 settlement. | J. McManus | 0.70 | 178.50 |
| 03/23/12 | Confer with C. Harney regarding settlement motion preparation. | J. McManus | 0.10 | 25.50 |
| 04/02/12 | Confer with special counsel J. Cichon regarding motion to compromise controversies. | J. McManus | 0.20 | 51.00 |
| 04/12/12 | Email correspondence with J. Cichon, counsel for Trustee, regarding Motion to Approve Retention and Settlement. | C. Harney | 0.20 | 63.00 |
| 04/16/12 | Telephone call from J. Cichon regarding status of motion to approve. | C. Harney | 0.10 | 31.50 |
| 04/20/12 | Conference with J. McManus discussing preparation of Motion to Approve (.10); review of release (.10). | C. Harney | 0.20 | 63.00 |
| 04/23/12 | Email correspondence with J. Cichon and J. McManus regarding Motion to Approve (.10); preparation of motion to approve (1.30); conference with G. Paloian regarding the same (.20); edit Motion to Approve accordingly (.10); preparation of order (.20). | C. Harney | 1.90 | 598.50 |
| 04/23/12 | Telephone conference with J. Cichon regarding settlement motion revisions (.10); assemble/review settlement agreement (.20); confer with C. Harney regarding same (.10). | J. McManus | 0.40 | 102.00 |
| 04/24/12 | Email correspondence with J. Cichon regarding Motion to Approve. | C. Harney | 0.10 | 31.50 |
| 04/25/12 | Review/revise motion to settle personal injury claim. | G. Paloian | 0.40 | 240.00 |
| 04/25/12 | Conference with G. Paloian discussing settlement agreement and reviewing motion to approve (.20); edit Motion to approve accordingly (.40); email correspondence with J. McManus regarding the same (.10). | C. Harney | 0.70 | 220.50 |
| 04/25/12 | Revise settlement motion (.40); prepare proposed settlement order (.30); revise service list (.10); cause settlement motion to be filed with the Court (.20); oversee service of motion (.10). | J. McManus | 1.10 | 280.50 |

15650921v.1

| 05/15/12 | Conference with C. Harney regarding hearing on motion for approval of compromise. | M. Pinkston | 0.20 | 70.00 |
| 05/16/12 | Review motion for approval of compromise and bankruptcy court docket in preparation for hearing on same (.30); represent chapter 7 trustee at hearing on motion for approval of compromise (.90). | M. Pinkston | 1.20 | 420.00 |
| | **TOTAL** | | **9.50** | **$3,265.00** |

4

## FEE APPLICATIONS

| | | | | |
|---|---|---|---|---|
| 09/04/12 | Prepare Seyfarth Fee Application. | J. McManus | 0.80 | 204.00 |
| 09/07/12 | Revise Seyfarth Fee Application. | J. McManus | 0.40 | 102.00 |
| 10/02/12 | Prepare Seyfarth Fee Application. | J. McManus | 0.70 | 178.50 |
| 10/03/12 | Prepare Trustee Fee Application. | J. McManus | 0.70 | 178.50 |
| 10/17/12 | Edit Seyfarth's Final Fee Application detail. | J. McManus | 0.60 | 153.00 |
| 10/25/12 | Revise final fee application. | J. McManus | 0.50 | 127.50 |
| 12/12/12 | Revise Final Fee Application. | J. McManus | 0.70 | 178.50 |
| 01/22/13 | Revise Seyfarth Fee Application exhibits. | J. McManus | 0.80 | 216.00 |
| | **TOTAL** | | **5.20** | **$1,338.00** |

5

## CLAIMS ADMINISTRATION AND ANALYSIS

| | | | | |
|---|---|---|---|---|
| 05/14/12 | Review unsecured claims. | J. McManus | 0.40 | 102.00 |
| 05/16/12 | Review claims. | G. Paloian | 0.30 | 180.00 |
| 05/18/12 | Compile Claims and their Exhibits for J. McManus. | A. Shepro | 0.50 | 45.00 |
| 05/21/12 | Review claims 1-12. | G. Paloian | 0.70 | 420.00 |
| 05/23/12 | Review claims. | G. Paloian | 0.90 | 540.00 |
| 05/25/12 | Review claims (.30); conference with J. McManus regarding claims review/allowance (.30). | G. Paloian | 0.60 | 360.00 |
| 05/31/12 | Conference with J. McManus regarding proof of claims for medical service providers. | G. Paloian | 0.30 | 180.00 |
| 05/31/12 | Confer with J. Cichon regarding claims to be filed on behalf of Allstate and Humana (.10); prepare Attachment 1 and exhibit to proof of claim filed by Gus Paloian on behalf of Allstate (.40); prepare Attachment 1 and exhibit to proof of claim filed by Gus Paloian on behalf of Humana (.40); confer with G. Paloian and Connor regarding preparation and filing of claims (.20); review claims register/claims analysis (.40). | J. McManus | 1.50 | 382.50 |
| 06/01/12 | Attend to proofs of claims for secured creditors (medical providers). | G. Paloian | 0.30 | 180.00 |
| 06/07/12 | Review/analyze claims (.40); confer with G. Paloian confirming same (.10). | J. McManus | 0.50 | 127.50 |
| 06/19/12 | Analyze unsecured claims. | J. McManus | 0.60 | 153.00 |
| 06/20/12 | Run claims distribution report (.30); review same (.20). | J. McManus | 0.50 | 127.50 |
| 06/27/12 | Analyze claims. | J. McManus | 0.40 | 102.00 |
| 07/19/12 | Claims analysis in preparation for case closing. | J. McManus | 0.30 | 76.50 |
| 08/09/12 | Confer with G. Paloian regarding claims analysis. | J. McManus | 0.40 | 102.00 |
| 08/21/12 | Claims review and analysis regarding HSBC claim. | J. McManus | 0.60 | 153.00 |
| 08/29/12 | Revise claims analysis spreadsheet. | J. McManus | 0.40 | 102.00 |
| 09/04/12 | Discuss final claims review with G. Paloian. | J. McManus | 0.30 | 76.50 |
| 10/04/12 | Review HSBC secured claim (.10); confer with G. Paloian regarding claims analysis (.10); phone call to counsel for HSBC regarding claim resolution (.10). | J. McManus | 0.30 | 76.50 |
| 11/26/12 | Revise claims analysis spreadsheet. | J. McManus | 0.80 | 204.00 |
| 12/12/12 | Review claims analysis spreadsheet for Final Report. | J. McManus | 0.30 | 76.50 |
| 01/17/13 | Resume claims analsyis (.20); call to HSBC regarding amended claim (.10). | J. McManus | .30 | 81.00 |
| 05/02/13 | Telephone conference with HSBC counsel regarding amendment to proof of claim. | J. McManus | .20 | 54.00 |

15650921v.1

| 05/23/13 | Confer with G. Paloian regarding HSBC claim amendments (.10); finalize analysis of claims (.30); discuss same with G. Paloian (.10). | J. McManus | .50 | 135.00 |
|---|---|---|---|---|
| | **TOTAL** | | 11.90 | **$4,036.50** |

**TOTAL FEES**                                                                    $13,699.50

| Task | Description | Hours | Value |
|---|---|---|---|
| A | Case Administration | 18.00 | $5,060.00 |
| B | Settlement Negotiations | 9.50 | $3,265.00 |
| C | Fee Applications | 5.20 | $1,338.00 |
| CC | Claims Administration and Analysis | 11.90 | $4,036.50 |
| | **TOTAL** | **44.60** | **$13,699.50** |

7

# EXHIBIT 4

## DISBURSEMENTS

| Date | Disbursements | | Value |
|------|------|------|------|
| | **Copying** | | |
| 03/29/12 | Copying | (18 copies @ $0.10 per page) | 1.80 |
| 04/27/12 | Copying | (269 copies @ $0.10 per page) | 26.90 |
| 06/13/12 | Copying | (1 copies @ $0.10 per page) | 0.10 |
| 06/22/12 | Copying | (22 copies @ $0.10 per page) | 2.20 |
| 06/27/12 | Copying | (29 copies @ $0.10 per page) | 2.90 |
| 07/12/12 | Copying | (1 copies @ $0.10 per page) | 0.10 |
| 07/20/12 | Copying | (7 copies @ $0.10 per page) | 0.70 |
| 01/22/13 | Copying | (20 copies @ $0.10 per page) | 2.00 |
| 04/24/13 | Copying | (4 copies @ $0.10 per page) | 0.40 |
| | | | 37.10 |
| | **Online Research** | | |
| 09/10/12 | Online Research - PACER SERVICE CENTER 2nd Quarter Charges 2012 | | 12.00 |

**TOTAL DISBURSEMENTS**                                                                    **49.10**