UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 11-50262-ERW
§
JAMES VALENTA §
MICHELE VALENTA §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 9/18/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By:  /s/ Gus A. Paloian
                                      (Trustee)

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 11-50262-ERW
  §
JAMES VALENTA §
MICHELE VALENTA §
  §
  §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $150,000.00
*and approved disbursements of* $82,413.73
*leaving a balance on hand of[1]:* $67,586.27

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $67,586.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $10,750.00 | $0.00 | $10,750.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $13,669.50 | $0.00 | $13,669.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $49.10 | $0.00 | $49.10 |

Total to be paid for chapter 7 administrative expenses: $24,468.60
Remaining balance: $43,117.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $43,117.67 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,446.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Allstate Insurance Company, filed by Ch. 7 Trustee Gus A. Paloian | $1,333.33 | $0.00 | $1,333.33 |
| 14 | Humana Insurance Company, filed by Ch. 7 Trustee, Gus A. Paloian | $17,113.32 | $0.00 | $17,113.32 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $18,446.65 |
| Remaining balance: | $24,671.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,866.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 65.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $6,383.66 | $0.00 | $4,159.17 |
| 2 | Capital One, N.A. | $4,918.68 | $0.00 | $3,204.69 |
| 3 | FIA CARD SERVICES, N.A. | $7,055.14 | $0.00 | $4,596.66 |
| 4 | MIDLAND FUNDING LLC | $572.07 | $0.00 | $372.72 |
| 5 | MIDLAND FUNDING LLC | $1,928.66 | $0.00 | $1,256.59 |
| 6 | PHARIA L.L.C. | $4,231.72 | $0.00 | $2,757.11 |
| 7 | MIDLAND FUNDING LLC | $2,385.19 | $0.00 | $1,554.03 |
| 8 | MIDLAND FUNDING LLC | $2,565.24 | $0.00 | $1,671.34 |
| 9 | CAPITAL ONE, N.A. | $741.20 | $0.00 | $482.92 |
| 10 | American InfoSource LP as agent for | $3,989.10 | $0.00 | $2,599.03 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 11 | Citibank, N.A. | $2,560.99 | $0.00 | $1,668.57 |
| 12 | CAPITAL ONE, N.A. | $534.42 | $0.00 | $348.19 |

        Total to be paid to timely general unsecured claims:     $24,671.02
        Remaining balance:     $0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:     $0.00
        Remaining balance:     $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:     $0.00
        Remaining balance:     $0.00

        Prepared By:   /s/ Gus A. Paloian
                                 Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 11-50262-ERW
James Valenta                                             Chapter 7
Michele Valenta
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers              Page 1 of 3                  Date Rcvd: Aug 14, 2013
                              Form ID: pdf006             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
db/jdb         +James Valenta,    Michele Valenta,    231 W. Millers Road,    Des Plaines, IL 60016-2727
aty            +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
20320061        American InfoSource LP as agent for TD Bank, USA,     PO Box 248866,
                 Oklahoma City, OK 73124-8866
18258422       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
18258423       +Barclay Bank,    PO Box 8802,    Wilmington, DE 19899-8802
18492364       +Capital One, N.A.,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,   Dallas, TX 75374-0933
19622693       +Capital One, N.A.(BEST BUY CO., INC.),    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
18983774       +Chapter 7 Trustee Gus A. Paloian,,    on behalf of Allstate Insurance Company,    Seyfarth Shaw LLP,
                 131 South Dearborn Street, Suite 2400,    Chicago, Illinois 60603-5863
18983889       +Chapter 7 Trustee, Gus A. Paloian,,    on behalf of Humana Insurance Company,    Seyfarth Shaw LLP,
                 131 South Dearborn Street, Suite 2400,    Chicago, Illinois 60603-5863
18258425       +Chase Bank,   Box 183166,    Columbus, OH 43218-3166
18258424       +Chase Bank,   Box 24696,    Columbus, OH 43224-0696
18258426       +Chase bank,   PO Box 15298,    Wilmington, DE 19850-5298
18258427       +Citibank/Home Depot,    PO Box 6497,   Sioux Falls, SD 57117-6497
18258433       +Gottlieb Memorial Hospital,    701 W. North Ave.,   Melrose Park, IL 60160-1699
18258435       +HSBC,   PO Box 5893,    Carol Stream 60197-5893
18258434       +HSBC,   PO Box 5893,    Carol Stream, IL 60197-5893
18645901       +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
18258438       +Loyola University medical Center,    PO Box 4866,   Oak Brook 60522-4866
19927285        Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                 Miami, FL 33131-1605
18258439       +Northshore University health system,    23056 Network Pl.,    Chicago 60673-1230
18258441       +TD Auto Finance,    f/k/a Chrysler Financial,   Box 1622,    Roanoke, TX 76262-1622
18284128       +TD Auto Finance L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
                 St. Louis, MO 63105-1960
18258440       +Target national Bank,    PO Box 1581,   Minneapolis, MN 55440-1581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18823196        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2013 01:31:22
                 American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK 73124-8866
18832930        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2013 01:32:26     Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,   Oklahoma City, OK 73124-8840
18258428        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2013 01:32:29     Discover Bank,    PO Box 30943,
                 Salt Lake City, UT 84130
18472817        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2013 01:32:29     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18561866        E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2013 01:32:16     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18258429       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2013 01:32:12     GE capital retail bank,
                 bankruptcy department,    PO Box 103106,   Roswell, GA 30076-9106
18258432       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2013 01:28:55     GE capital retail bank/Walmart,
                 bankruptcy department,    PO Box 103104,   Roswell, GA 30076-9104
18258431       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2013 01:28:56     GE capital retail bank/lowes,
                 Bankruptcy department,    PPO Box 103104,   Roswell, GA 30076-9104
18582665       +E-mail/Text: bncmail@w-legal.com Aug 15 2013 01:23:08     PHARIA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19927286        E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2013 01:30:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
18258436       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 15 2013 01:18:24     kohl's,   PO Box 3043,
                 Milwaukee 53201-3043
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            John Cichon
aty            Polansky & Cichon, Chtd
18558302*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102)
18258430*     +GE capital retail bank,   Bankruptcy department,    PO Box 103106,   Roswell, GA 30076-9106
18258437*     +Kohl's,   PO Box 3043,   Milwaukee 53201-3043
                                                                                  TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: mflowers              Page 2 of 3           Date Rcvd: Aug 14, 2013
                              Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mflowers             Page 3 of 3             Date Rcvd: Aug 14, 2013
                              Form ID: pdf006            Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2013 at the address(es) listed below:

        Christopher J Harney   on behalf of Trustee Gus A Paloian charney@seyfarth.com, ctholen@seyfarth.com;chidocket@seyfarth.com

        Gus A Paloian   gpaloian@seyfarth.com, gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com

        Kathryn A Klein   on behalf of Creditor   TD Auto Finance LLC  f/k/a Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com

        Marc D Sherman   on behalf of Debtor James  Valenta marc@mshermanlawoffice.com, info@mshermanlawoffice.com

        Marc D Sherman   on behalf of Joint Debtor Michele  Valenta marc@mshermanlawoffice.com, info@mshermanlawoffice.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        Peter C Bastianen   on behalf of Creditor   JPMorgan Chase Bank, National Association ND-Four@il.cslegal.com

        TOTAL: 7