**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-50262-ERW |
| | § | |
| JAMES VALENTA | § | |
| MICHELE VALENTA | § | |
| | § | |
| Debtors | § | |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>12/15/2011</u>. The undersigned trustee was appointed on <u>12/15/2011</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $150,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $65,629.83 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $30,000.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $54,370.17 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was <u>05/03/2012</u> and the deadline for filing government claims was <u>05/03/2012</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$9,250.00</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$9,250.00</u>, for a total compensation of <u>$9,250.00</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>09/30/2013</u>                    By:    <u>/s/ Gus A. Paloian</u>
                                                            Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1        Exhibit A

| Case No.: | 11-50262-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | Date Filed (f) or Converted (c): | 12/15/2011 (f) |
| For the Period Ending: | 9/27/2013 | §341(a) Meeting Date: | 02/03/2012 |
| | | Claims Bar Date: | 05/03/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | SETTLEMENT OF PERSONAL INJURY CASE NO. 10 L 4279 | | | | | |
| 2 | Residence, 231 W. Millers Road, Des Plaines, IL 60016 House, listed by reason of bankruptcy filing program as owned "jointly" is actually owned as Tenants By The Entirety. | $280,000.00 | $0.00 | | $0.00 | FA |
| 3 | Cash in Debtors' possession...amount varies | $50.00 | $0.00 | | $0.00 | FA |
| 4 | Checking/savings No. 001110023733718 | $344.54 | $0.00 | | $0.00 | FA |
| 5 | Checking/savings #698219631 | $76.83 | $0.00 | | $0.00 | FA |
| 6 | ING Direct, Saving #111221523 | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Misc. items of used household goods and furnishings, including misc. items of audio, video and computer equipment all having no known resale value. No single item has any significant value. | $1,300.00 | $0.00 | | $0.00 | FA |
| 8 | Misc. used books, family pictures, music records and CDs having no known resale value. No single item has any significant value. | $150.00 | $0.00 | | $0.00 | FA |
| 9 | Misc. items of used wearing apparel having no known resale value. No single item has any special value. | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | Anniversary and diamong rings and misc. costume jewelry | $2,500.00 | $0.00 | | $0.00 | FA |
| 11 | One used camera having no known value...out of date and not subject to resale. | $25.00 | $0.00 | | $0.00 | FA |
| 12 | Prudential Insurance Company, whole life policy No. V3004906 | $8,334.88 | $0.00 | | $0.00 | FA |
| 13 | 401(k), employer sponsored with Vanguard. Some portion vested | $31,247.52 | $0.00 | | $0.00 | FA |
| 14 | Employer sponsored retirement plan (Christensen | $6,400.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   2          Exhibit A

| Case No.: | 11-50262-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | Date Filed (f) or Converted (c): | 12/15/2011 (f) |
| For the Period Ending: | 9/27/2013 | §341(a) Meeting Date: | 02/03/2012 |
| | | Claims Bar Date: | 05/03/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Qualified IRS, Dodge and Cox Funds | $19,000.00 | $0.00 | | $0.00 | FA |
| 16 | Injury Action, Valenta v. Kim (see Statement of **(u)** Affairs for details). Value of claim is based on Wife's best estimate | $15,000.00 | $120,000.00 | | $150,000.00 | FA |
| **Asset Notes:** | SETTLEMENT OF PERSONAL INJURY CASE NO. 10 L 4279 | | | | | |
| 17 | Husband may have a claim in his own right arising out of Wife's injury claim for loss of consortium | $0.00 | $0.00 | | $0.00 | FA |
| 18 | 2007 Chrysler Town & County Van, 70,000 miles, good condition | $7,200.00 | $0.00 | | $0.00 | FA |
| 19 | 2004 Vibe 86000 miles, poor condition | $2,800.00 | $1,811.88 | | $0.00 | FA |
| 20 | Old outboard motor and fishing gear having no known resale value | $50.00 | $0.00 | | $0.00 | FA |
| 21 | 3 dogs and 3 cats having nothing but sentimental value | $50.00 | $0.00 | | $0.00 | FA |
| 22 | Used laptop; Ipad, purchased used in May 2011 in very poor condition. | $50.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $375,778.77 | $121,811.88 | | $150,000.00 | $0.00 |

**Major Activities affecting case closing:**

The Trustee submitted the Final Report to the U.S. Trustee's Office for review on July 24, 2013.

**Initial Projected Date Of Final Report (TFR):**   07/31/2013          **Current Projected Date Of Final Report (TFR):**

/s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 11-50262-ERW | | | Trustee Name: | Gus A. Paloian | |
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | | | Bank Name: | East West Bank | |
| Primary Taxpayer ID #: | ******8940 | | | Checking Acct #: | ******0183 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 12/15/2011 | | | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 9/27/2013 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 | (16) | DELPHI CASUALTY COMPANY | | 1249-000 | $79,209.62 | | $79,209.62 |
| 06/12/2012 | (16) | DELPHI CASUALTY COMPANY | | 1249-000 | $1,333.33 | | $80,542.95 |
| 06/12/2012 | (16) | DELPHI CASUALTY COMPANY | | 1249-000 | $17,113.32 | | $97,656.27 |
| 06/12/2012 | (16) | DELPHI CASUALTY COMPANY | | 1249-000 | $52,343.73 | | $150,000.00 |
| 06/21/2012 | 1001 | POLANSKY & CICHON | PER COURT ORDER - SPECIAL COUNSEL FEES & EXPENSES | 3210-600 | | $52,413.73 | $97,586.27 |
| 07/16/2012 | 1002 | MICHELE VALENTA | DEBTOR MICHELE VALENTA'S EXEMPTION PURSUANT TO AMENDED SCHEDULE C | 8100-002 | | $15,000.00 | $82,586.27 |
| 07/24/2012 | 1003 | JAMES VALENTA | DEBTOR JAMES VALENTA'S EXEMPTION PURSUANT TO AMENDED SCHEDULE C | 8100-002 | | $15,000.00 | $67,586.27 |
| 09/23/2013 | 1004 | SEYFARTH SHAW LLP | FEES PURSUANT TO COURT ORDER DATED 9/18/13 | * | | $13,216.10 | $54,370.17 |
| | | | FEES PURSUANT TO COURT ORDER DATED 9/18/13        $(13,167.00) | 3110-000 | | | $54,370.17 |
| | | | EXPENSES PURSUANT TO COURT ORDER DATED 9/18/13        $(49.10) | 3120-000 | | | $54,370.17 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **SUBTOTALS** | | $150,000.00 | $95,629.83 | |

**FORM 2**

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-50262-ERW | |
| **Case Name:** | VALENTA, JAMES AND VALENTA, MICHELE | |
| **Primary Taxpayer ID #:** | ******8940 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/15/2011 | |
| **For Period Ending:** | 9/27/2013 | |

| | | |
|---|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0183 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $150,000.00 | $95,629.83 | $54,370.17 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $150,000.00 | $95,629.83 | |
| | | | **Less: Payments to debtors** | | $0.00 | $30,000.00 | |
| | | | **Net** | | $150,000.00 | $65,629.83 | |

| **For the period of 12/15/2011 to 9/27/2013** | | **For the entire history of the account between 06/12/2012 to 9/27/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $150,000.00 | Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 | Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65,629.83 | Total Compensable Disbursements: | $65,629.83 |
| Total Non-Compensable Disbursements: | $30,000.00 | Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $95,629.83 | Total Comp/Non Comp Disbursements: | $95,629.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-50262-ERW | | | Trustee Name: | Gus A. Paloian |
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******8940 | | | Checking Acct #: | ******0183 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/15/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/27/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $150,000.00 | $95,629.83 | $54,370.17 |

**For the period of 12/15/2011 to 9/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,629.83 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $95,629.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between  12/15/2011 to 9/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,629.83 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $95,629.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT                                                Page No:  1              Exhibit C

| Case No.: | 11-50262-ERW | | | | | | | | Trustee Name: | Gus A. Paloian | |
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | | | | | | | | Date: | 9/27/2013 | |
| Claims Bar Date: | 05/03/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN, TRUSTEE  131 S. DEARBORN STREET  SUITE 2400  CHICAGO  60603 | 05/02/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $9,250.00 | $9,250.00 | $0.00 | $0.00 | $0.00 | $9,250.00 |

**Claim Notes:**   FIRST AND FINAL FEES

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ALLSTATE INSURANCE COMPANY, FILED BY CH. 7 TRUSTEE GUS A. PALOIAN  Seyfarth Shaw LLP  131 South Dearborn Street, Suite 2400  Chicago IL 60603 | 05/31/2012 | Priority Unsecured Claims | Allowed | 5200-000 | $0.00 | $1,333.33 | $1,333.33 | $0.00 | $0.00 | $0.00 | $1,333.33 |
| 14 | HUMANA INSURANCE COMPANY, FILED BY CH. 7 TRUSTEE, GUS A. PALOIAN  Seyfarth Shaw LLP  131 South Dearborn Street, Suite 2400  Chicago IL 60603 | 05/31/2012 | Priority Unsecured Claims | Allowed | 5200-000 | $0.00 | $17,113.32 | $17,113.32 | $0.00 | $0.00 | $0.00 | $17,113.32 |
| | SEYFARTH SHAW LLP | 07/18/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $49.10 | $49.10 | $49.10 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   FIRST AND FINAL SEYFARTH EXPENSES

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SEYFARTH SHAW LLP | 05/02/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $13,167.00 | $13,167.00 | $13,167.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   FIRST AND FINAL FEES

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXE MP | JAMES AND MICHELE VALENTA | 07/24/2012 | Debtor Exemptions | Allowed | 8100-002 | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   DEBTORS' EXEMPTION PURSUANT TO AMENDED SCHEDULE C

CLAIM ANALYSIS REPORT   Page No:  2   Exhibit C

| Case No.: | 11-50262-ERW | | Trustee Name: | Gus A. Paloian |
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | | Date: | 9/27/2013 |
| Claims Bar Date: | 05/03/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | POLANSKY & CICHON<br><br>180 N. STETSON AVENUE<br>SUITE 5250<br>CHICAGO IL 60601 | 06/21/2012 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $0.00 | $52,413.73 | $52,413.73 | $52,413.73 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | PER COURT ORDER - SPECIAL COUNSEL FEES PURSUANT TO PERSONAL INJURY SETTLEMENT | | | | | | | | | | | |
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 02/13/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,383.66 | $6,383.66 | $0.00 | $0.00 | $0.00 | $6,383.66 |
| 2 | CAPITAL ONE, N.A.<br><br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas TX 75374 | 02/16/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,918.68 | $4,918.68 | $0.00 | $0.00 | $0.00 | $4,918.68 |
| 3 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 19886-5102 | 02/29/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,055.14 | $7,055.14 | $0.00 | $0.00 | $0.00 | $7,055.14 |
| 4 | MIDLAND FUNDING LLC<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI FL 33131-1605 | 03/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $572.07 | $572.07 | $0.00 | $0.00 | $0.00 | $572.07 |
| **Claim Notes:** | CLAIM TRANSFERRED FROM GE CAPITAL RETAIL BANK VIA ASSIGNMENT ON 1/18/13 | | | | | | | | | | | |
| 5 | MIDLAND FUNDING LLC<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI FL 33131-1605 | 03/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,928.66 | $1,928.66 | $0.00 | $0.00 | $0.00 | $1,928.66 |
| **Claim Notes:** | CLAIM TRANSFERRED FROM GE CAPITAL RETAIL BANK VIA ASSIGNMENT ON 1/18/13 | | | | | | | | | | | |

CLAIM ANALYSIS REPORT   Page No: 3   Exhibit C

| Case No.: | 11-50262-ERW | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | | | Date: | 9/27/2013 |
| Claims Bar Date: | 05/03/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PHARIA L.L.C.  C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE WA 98121 | 03/07/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,231.72 | $4,231.72 | $0.00 | $0.00 | $0.00 | $4,231.72 |
| 7 | MIDLAND FUNDING LLC 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | 03/13/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,385.19 | $2,385.19 | $0.00 | $0.00 | $0.00 | $2,385.19 |
| **Claim Notes:** | CLAIM TRANSFERRED FROM GE CAPITAL RETAIL BANK VIA ASSIGNMENT ON 1/17/13 | | | | | | | | | | | |
| 8 | MIDLAND FUNDING LLC 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | 03/13/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,565.24 | $2,565.24 | $0.00 | $0.00 | $0.00 | $2,565.24 |
| **Claim Notes:** | CLAIM TRANSFERRED FROM GE CAPITAL RETAIL BANK VIA ASSIGNMENT ON 1/18/13 | | | | | | | | | | | |
| 9 | CAPITAL ONE, N.A.  Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson AZ 85712 | 03/19/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $741.20 | $741.20 | $0.00 | $0.00 | $0.00 | $741.20 |
| **Claim Notes:** | CLAIM TRANSFERRED FROM HSBC BANK NEVADA, N.A. VIA ASSIGNMENT ON 5/10/13; CLAIM AMENDED ON 5/13/13 FROM SECURED CLAIM TO UNSECURED CLAIM | | | | | | | | | | | |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR TDI PO Box 248866 Oklahoma City OK 73124-8866 | 04/25/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,989.10 | $3,989.10 | $0.00 | $0.00 | $0.00 | $3,989.10 |
| **Claim Notes:** | CLAIM TRANSFERRED FROM TARGET TO TDI VIA ASSIGNMENT ON 4/11/13 | | | | | | | | | | | |

Exhibit C

| | |
|---|---|
| **Case No.** | 11-50262-ERW |
| **Case Name:** | VALENTA, JAMES AND VALENTA, MICHELE |
| **Claims Bar Date:** | 05/03/2012 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 9/27/2013 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CITIBANK, N.A.<br><br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK 73124-8840 | 04/26/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,560.99 | $2,560.99 | $0.00 | $0.00 | $0.00 | $2,560.99 |
| 12 | CAPITAL ONE, N.A.<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 04/27/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $534.42 | $534.42 | $0.00 | $0.00 | $0.00 | $534.42 |

**Claim Notes:**    CLAIM TRANSFERRED FROM HSBC BANK NEVADA, N.A.  VIA ASSIGNMENT ON 10/29/12

| | | | | | | | $161,192.55 | $161,192.55 | $95,629.83 | $0.00 | $0.00 | $65,562.72 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

CLAIM ANALYSIS REPORT

Exhibit C

| | |
|---|---|
| **Case No.** | 11-50262-ERW |
| **Case Name:** | VALENTA, JAMES AND VALENTA, MICHELE |
| **Claims Bar Date:** | 05/03/2012 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 9/27/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $49.10 | $49.10 | $49.10 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $13,167.00 | $13,167.00 | $13,167.00 | $0.00 | $0.00 | $0.00 |
| Debtor Exemptions | $30,000.00 | $30,000.00 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $37,866.07 | $37,866.07 | $0.00 | $0.00 | $0.00 | $37,866.07 |
| Priority Unsecured Claims | $18,446.65 | $18,446.65 | $0.00 | $0.00 | $0.00 | $18,446.65 |
| Special Counsel for Trustee Fees | $52,413.73 | $52,413.73 | $52,413.73 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $9,250.00 | $9,250.00 | $0.00 | $0.00 | $0.00 | $9,250.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        11-50262-ERW
Case Name:       JAMES VALENTA
                 MICHELE VALENTA
Trustee Name:    Gus A. Paloian

Balance on hand:                                      $54,370.17

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                    $0.00
Remaining balance:                                    $54,370.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $9,250.00 | $0.00 | $9,250.00 |

Total to be paid for chapter 7 administrative expenses:       $9,250.00
Remaining balance:                                           $45,120.17

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:                                           $45,120.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,446.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Allstate Insurance Company, filed by Ch. 7 Trustee Gus A. Paloian | $1,333.33 | $0.00 | $1,333.33 |

| | | | | |
|---|---|---|---|---|
| 14 | Humana Insurance Company, filed by Ch. 7 Trustee, Gus A. Paloian | $17,113.32 | $0.00 | $17,113.32 |

Total to be paid to priority claims:     $18,446.65
Remaining balance:     $26,673.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,866.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $6,383.66 | $0.00 | $4,496.77 |
| 2 | Capital One, N.A. | $4,918.68 | $0.00 | $3,464.80 |
| 3 | FIA CARD SERVICES, N.A. | $7,055.14 | $0.00 | $4,969.76 |
| 4 | MIDLAND FUNDING LLC | $572.07 | $0.00 | $402.98 |
| 5 | MIDLAND FUNDING LLC | $1,928.66 | $0.00 | $1,358.58 |
| 6 | PHARIA L.L.C. | $4,231.72 | $0.00 | $2,980.90 |
| 7 | MIDLAND FUNDING LLC | $2,385.19 | $0.00 | $1,680.17 |
| 8 | MIDLAND FUNDING LLC | $2,565.24 | $0.00 | $1,807.00 |
| 9 | CAPITAL ONE, N.A. | $741.20 | $0.00 | $522.11 |
| 10 | American InfoSource LP as agent for | $3,989.10 | $0.00 | $2,809.99 |
| 11 | Citibank, N.A. | $2,560.99 | $0.00 | $1,804.01 |
| 12 | CAPITAL ONE, N.A. | $534.42 | $0.00 | $376.45 |

Total to be paid to timely general unsecured claims:     $26,673.52
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00

Remaining balance:     $0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00

Remaining balance:     $0.00