**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-50262-ERW
§
JAMES VALENTA §
MICHELE VALENTA §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $255,200.00 | Assets Exempt: | $135,578.77 |
| Total Distributions to Claimants: | $45,120.17 | Claims Discharged Without Payment: | $55,144.66 |
| Total Expenses of Administration: | $74,879.83 | | |

3) Total gross receipts of $150,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $30,000.00 (see **Exhibit 2),** yielded net receipts of $120,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $326,752.12 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $74,879.83 | $74,879.83 | $74,879.83 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $18,446.65 | $18,446.65 | $18,446.65 |
| General Unsecured Claims (from **Exhibit 7**) | $43,952.11 | $37,866.07 | $37,866.07 | $26,673.52 |
| **Total Disbursements** | $370,704.23 | $131,192.55 | $131,192.55 | $120,000.00 |

4). This case was originally filed under chapter 7 on 12/15/2011. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2014     By:   /s/ Gus A. Paloian
                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Injury Action, Valenta v. Kim (see Statement of Affairs for details). Value of claim is based on Wife's best estimate | 1249-000 | $150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JAMES VALENTA | Exemptions | 8100-002 | $15,000.00 |
| MICHELE VALENTA | Exemptions | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank | 4110-000 | $200,253.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 4110-000 | $118,311.00 | $0.00 | $0.00 | $0.00 |
| | TD Auto Finance | 4110-000 | $8,188.12 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$326,752.12** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $9,250.00 | $9,250.00 | $9,250.00 |
| FEES PURSUANT TO COURT ORDER DATED 9/18/13, Attorney for Trustee | 3110-000 | NA | $13,167.00 | $13,167.00 | $13,167.00 |
| EXPENSES PURSUANT TO COURT ORDER DATED 9/18/13, Attorney for Trustee | 3120-000 | NA | $49.10 | $49.10 | $49.10 |
| POLANSKY & CICHON, Special | 3210-600 | NA | $52,413.73 | $52,413.73 | $52,413.73 |

**UST Form 101-7-TDR (10/1/2010)**

| Counsel for Trustee | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $74,879.83 | $74,879.83 | $74,879.83 |

### **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

### **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 13 | Allstate Insurance Company, filed by Ch. 7 Trustee Gus A. Paloian | 5200-000 | $0.00 | $1,333.33 | $1,333.33 | $1,333.33 |
| 14 | Humana Insurance Company, filed by Ch. 7 Trustee, Gus A. Paloian | 5200-000 | $0.00 | $17,113.32 | $17,113.32 | $17,113.32 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $18,446.65 | $18,446.65 | $18,446.65 |

### **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $6,383.66 | $6,383.66 | $4,496.77 |
| 2 | Capital One, N.A. | 7100-000 | $0.00 | $4,918.68 | $4,918.68 | $3,464.80 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $7,055.14 | $7,055.14 | $4,969.76 |
| 4 | MIDLAND FUNDING LLC | 7100-000 | $0.00 | $572.07 | $572.07 | $402.98 |
| 5 | MIDLAND FUNDING LLC | 7100-000 | $0.00 | $1,928.66 | $1,928.66 | $1,358.58 |
| 6 | PHARIA L.L.C. | 7100-000 | $0.00 | $4,231.72 | $4,231.72 | $2,980.90 |
| 7 | MIDLAND FUNDING LLC | 7100-000 | $0.00 | $2,385.19 | $2,385.19 | $1,680.17 |
| 8 | MIDLAND FUNDING LLC | 7100-000 | $0.00 | $2,565.24 | $2,565.24 | $1,807.00 |
| 9 | CAPITAL ONE, N.A. | 7100-000 | $0.00 | $741.20 | $741.20 | $522.11 |
| 10 | American InfoSource LP as agent for | 7100-000 | $0.00 | $3,989.10 | $3,989.10 | $2,809.99 |
| 11 | Citibank, N.A. | 7100-000 | $0.00 | $2,560.99 | $2,560.99 | $1,804.01 |
| 12 | CAPITAL ONE, N.A. | 7100-000 | $0.00 | $534.42 | $534.42 | $376.45 |
| | Bank of America | 7100-000 | $7,055.14 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Barclay Bank | 7100-000 | $3,904.36 | $0.00 | $0.00 | $0.00 |
| Chase bank | 7100-000 | $3,510.58 | $0.00 | $0.00 | $0.00 |
| Citibank/Home Depot | 7100-000 | $2,335.24 | $0.00 | $0.00 | $0.00 |
| Discover Bank | 7100-000 | $6,174.82 | $0.00 | $0.00 | $0.00 |
| GE capital retail bank | 7100-000 | $1,928.66 | $0.00 | $0.00 | $0.00 |
| GE capital retail bank | 7100-000 | $534.93 | $0.00 | $0.00 | $0.00 |
| GE capital retail bank/lowes | 7100-000 | $2,565.24 | $0.00 | $0.00 | $0.00 |
| GE capital retail bank/Walmart | 7100-000 | $2,385.19 | $0.00 | $0.00 | $0.00 |
| Gottlieb Memorial Hospital | 7100-000 | $1,680.22 | $0.00 | $0.00 | $0.00 |
| HSBC | 7100-000 | $392.21 | $0.00 | $0.00 | $0.00 |
| HSBC | 7100-000 | $741.20 | $0.00 | $0.00 | $0.00 |
| kohl's | 7100-000 | $2,856.35 | $0.00 | $0.00 | $0.00 |
| Kohl's | 7100-000 | $2,155.69 | $0.00 | $0.00 | $0.00 |
| Loyola University medical Center | 7100-000 | $1,586.88 | $0.00 | $0.00 | $0.00 |
| Northshore University health system | 7100-000 | $312.10 | $0.00 | $0.00 | $0.00 |
| Target national Bank | 7100-000 | $3,833.30 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $43,952.11 | $37,866.07 | $37,866.07 | $26,673.52 |

Case 11-50262 Doc 69 Filed 04/17/14 Entered 04/17/14 09:56:33 Desc Main
Document Page 6 of 10

FORM 1

Page No: 1   Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 11-50262-ERW | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | | Date Filed (f) or Converted (c): | 12/15/2011 (f) |
| For the Period Ending: | 4/15/2014 | | §341(a) Meeting Date: | 02/03/2012 |
| | | | Claims Bar Date: | 05/03/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | SETTLEMENT OF PERSONAL INJURY CASE NO. 10 L 4279 | | | | | |
| 2 | Residence, 231 W. Millers Road, Des Plaines, IL 60016 House, listed by reason of bankruptcy filiing program as owned "jointly" is actually owned as Tenants By The Entirety. | $280,000.00 | $0.00 | | $0.00 | FA |
| 3 | Cash in Debtors' possession...amount varies | $50.00 | $0.00 | | $0.00 | FA |
| 4 | Checking/savings No. 001110023733718 | $344.54 | $0.00 | | $0.00 | FA |
| 5 | Checking/savings #698219631 | $76.83 | $0.00 | | $0.00 | FA |
| 6 | ING Direct, Saving #111221523 | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Misc. items of used household goods and furnishings, including misc. items of audio, video and computer equipment all having no known resale value. No single item has any significant value. | $1,300.00 | $0.00 | | $0.00 | FA |
| 8 | Misc. used books, family pictures, music records and CDs having no known resale value. No single item has any significant value. | $150.00 | $0.00 | | $0.00 | FA |
| 9 | Misc. items of used wearing apparel having no known resale value. No single item has any special value. | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | Anniversary and diamong rings and misc. costume jewelry | $2,500.00 | $0.00 | | $0.00 | FA |
| 11 | One used camera having no known value...out of date and not subject to resale. | $25.00 | $0.00 | | $0.00 | FA |
| 12 | Prudential Insurance Company, whole life policy No. V3004906 | $8,334.88 | $0.00 | | $0.00 | FA |
| 13 | 401(k), employer sponsored with Vanguard. Some portion vested | $31,247.52 | $0.00 | | $0.00 | FA |
| 14 | Employer sponsored retirement plan (Christensen | $6,400.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 11-50262-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | Date Filed (f) or Converted (c): | 12/15/2011 (f) |
| For the Period Ending: | 4/15/2014 | §341(a) Meeting Date: | 02/03/2012 |
| | | Claims Bar Date: | 05/03/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Qualified IRS, Dodge and Cox Funds | $19,000.00 | $0.00 | | $0.00 | FA |
| 16 | Injury Action, Valenta v. Kim (see Statement of Affairs for details). Value of claim is based on Wife's best estimate (u) | $15,000.00 | $120,000.00 | | $150,000.00 | FA |
| **Asset Notes:** | SETTLEMENT OF PERSONAL INJURY CASE NO. 10 L 4279 | | | | | |
| 17 | Husband may have a claim in his own right arising out of Wife's injury claim for loss of consortium | $0.00 | $0.00 | | $0.00 | FA |
| 18 | 2007 Chrysler Town & County Van, 70,000 miles, good condition | $7,200.00 | $0.00 | | $0.00 | FA |
| 19 | 2004 Vibe 86000 miles, poor condition | $2,800.00 | $1,811.88 | | $0.00 | FA |
| 20 | Old outboard motor and fishing gear having no known resale value | $50.00 | $0.00 | | $0.00 | FA |
| 21 | 3 dogs and 3 cats having nothing but sentimental value | $50.00 | $0.00 | | $0.00 | FA |
| 22 | Used laptop; Ipad, purchased used in May 2011 in very poor condition. | $50.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$375,778.77     $121,811.88     $150,000.00     $0.00

**Major Activities affecting case closing:**

The Trustee submitted the Final Report to the U.S. Trustee's Office for review on July 24, 2013.

**Initial Projected Date Of Final Report (TFR):**   07/31/2013     **Current Projected Date Of Final Report (TFR):**     /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-50262-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8940 | Checking Acct #: | ******0183 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/15/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 | (16) | DELPHI CASUALTY COMPANY | | 1249-000 | $79,209.62 | | $79,209.62 |
| 06/12/2012 | (16) | DELPHI CASUALTY COMPANY | | 1249-000 | $1,333.33 | | $80,542.95 |
| 06/12/2012 | (16) | DELPHI CASUALTY COMPANY | | 1249-000 | $17,113.32 | | $97,656.27 |
| 06/12/2012 | (16) | DELPHI CASUALTY COMPANY | | 1249-000 | $52,343.73 | | $150,000.00 |
| 06/21/2012 | 1001 | POLANSKY & CICHON | PER COURT ORDER - SPECIAL COUNSEL FEES & EXPENSES | 3210-600 | | $52,413.73 | $97,586.27 |
| 07/16/2012 | 1002 | MICHELE VALENTA | DEBTOR MICHELE VALENTA'S EXEMPTION PURSUANT TO AMENDED SCHEDULE C | 8100-002 | | $15,000.00 | $82,586.27 |
| 07/24/2012 | 1003 | JAMES VALENTA | DEBTOR JAMES VALENTA'S EXEMPTION PURSUANT TO AMENDED SCHEDULE C | 8100-002 | | $15,000.00 | $67,586.27 |
| 09/23/2013 | 1004 | SEYFARTH SHAW LLP | FEES PURSUANT TO COURT ORDER DATED 9/18/13 | * | | $13,216.10 | $54,370.17 |
| | | | FEES PURSUANT TO COURT ORDER DATED 9/18/13   $(13,167.00) | 3110-000 | | | $54,370.17 |
| | | | EXPENSES PURSUANT TO COURT ORDER DATED 9/18/13   $(49.10) | 3120-000 | | | $54,370.17 |
| 11/26/2013 | 1005 | GUS A. PALOIAN, TRUSTEE | Trustee Compensation | 2100-000 | | $9,250.00 | $45,120.17 |
| 11/26/2013 | 1006 | Allstate Insurance Company, filed by Ch. 7 Trustee Gus A. Paloian | Claim #: 13; Distribution Dividend: 100.00; | 5200-000 | | $1,333.33 | $43,786.84 |
| 11/26/2013 | 1007 | Humana Insurance Company, filed by Ch. 7 Trustee, Gus A. Paloian | Claim #: 14; Distribution Dividend: 100.00; | 5200-000 | | $17,113.32 | $26,673.52 |
| 11/26/2013 | 1008 | Discover Bank | Claim #: 1; Distribution Dividend: 70.44; | 7100-000 | | $4,496.77 | $22,176.75 |
| 11/26/2013 | 1009 | Capital One, N.A. | Claim #: 2; Distribution Dividend: 70.44; | 7100-000 | | $3,464.80 | $18,711.95 |
| 11/26/2013 | 1010 | FIA CARD SERVICES, N.A. | Claim #: 3; Distribution Dividend: 70.44; | 7100-000 | | $4,969.76 | $13,742.19 |
| 11/26/2013 | 1011 | MIDLAND FUNDING LLC | Claim #: 4; Distribution Dividend: 70.44; | 7100-000 | | $402.98 | $13,339.21 |
| 11/26/2013 | 1012 | MIDLAND FUNDING LLC | Claim #: 5; Distribution Dividend: 70.44; | 7100-000 | | $1,358.58 | $11,980.63 |
| 11/26/2013 | 1013 | PHARIA L.L.C. | Claim #: 6; Distribution Dividend: 70.44; | 7100-000 | | $2,980.90 | $8,999.73 |
| 11/26/2013 | 1014 | MIDLAND FUNDING LLC | Claim #: 7; Distribution Dividend: 70.44; | 7100-000 | | $1,680.17 | $7,319.56 |
| 11/26/2013 | 1015 | MIDLAND FUNDING LLC | Claim #: 8; Distribution Dividend: 70.44; | 7100-000 | | $1,807.00 | $5,512.56 |

**SUBTOTALS** $150,000.00 $144,487.44

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-50262-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8940 | Checking Acct #: | ******0183 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/15/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/26/2013 | 1016 | CAPITAL ONE, N.A. | Claim #: 9; Distribution Dividend: 70.44; | 7100-000 | | $522.11 | $4,990.45 |
| 11/26/2013 | 1017 | American InfoSource LP as agent for | Claim #: 10; Distribution Dividend: 70.44; | 7100-000 | | $2,809.99 | $2,180.46 |
| 11/26/2013 | 1018 | Citibank, N.A. | Claim #: 11; Distribution Dividend: 70.44; | 7100-000 | | $1,804.01 | $376.45 |
| 11/26/2013 | 1019 | CAPITAL ONE, N.A. | Claim #: 12; Distribution Dividend: 70.44; | 7100-000 | | $376.45 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | TOTALS: | | $150,000.00 | $150,000.00 | $0.00 |
| | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | Subtotal | | $150,000.00 | $150,000.00 | |
| | Less: Payments to debtors | | $0.00 | $30,000.00 | |
| | Net | | $150,000.00 | $120,000.00 | |

**For the period of 12/15/2011 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $120,000.00 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $150,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/12/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $150,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $120,000.00 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $150,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-50262-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | VALENTA, JAMES AND VALENTA, MICHELE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8940 | Checking Acct #: | ******0183 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/15/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $150,000.00 | $150,000.00 | $0.00 |

**For the period of 12/15/2011 to 4/15/2014**

| Total Compensable Receipts: | $150,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $120,000.00 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $150,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/15/2011 to 4/15/2014**

| Total Compensable Receipts: | $150,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $150,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $120,000.00 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $150,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |